IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEA BASSETTI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-1137 |
| | : | |
| v. | : | |
| | : | |
| BOYERTOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of August, 2017, after considering the motion to dismiss filed by the defendant, Boyertown Area School District ("Boyertown") (Doc. No. 14), the response thereto filed by the plaintiff, Dea Bassetti ("Bassetti") (Doc. No. 17), and the amended complaint (Doc. No. 13); and after hearing oral argument on the motion on July 25, 2017; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion to dismiss (Doc. No. 14) is **GRANTED**;

2. The amended complaint (Doc. No. 13) is **DISMISSED WITH PREJUDICE**; and

3. The clerk of the court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.